UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
Eastern Division

Quawana Hassan

                        Plaintiff,

v.                                       Case No.: 1:10–cv–02440
                                                      Honorable Virginia M. Kendall

Total Facility Maintenance, Inc., et al.

                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 13, 2011:

      MINUTE entry before Honorable Virginia M. Kendall:Settlement conference held on 6/13/2011. This case is hereby dismissed without prejudice and will be dismissed with prejudice on June 27, 2011. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.